AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Anthony J. Carissimi)                                    USAO CW No. 25-069

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   25-mj-754 |
| Meykel Alvarez a/k/a | ) |
| Maicol Alvarez a/k/a | ) |
| Maicol Alverez | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 2, 2023_____ in the county of _____Philadelphia_____ in the

_____Eastern_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1542 | Passport Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
/s Christopher Anglestein
*Complainant's signature*

_____
Christopher Anglestein, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Carol Sandra Moore Wells  Date: 2025.04.09 16:40:46 -04'00'

Date: _____04/09/2025_____

_____
*Judge's signature*

City and state: _____Philadelphia, Pennsylvania_____

_____
Hon. Carol Sandra Moore Wells, U.S. Mag. Judge
*Printed name and title*

**<u>AFFIDAVIT</u>**

I, Christopher Anglestein, Special Agent, U.S. Department of Homeland Security ("DHS") Homeland Security Investigations ("HSI"), being duly sworn, state as follows:

1.      I am a Special Agent with HSI in Philadelphia, Pennsylvania and have been since March 2021.  Prior to my employment as an HSI Special Agent, I was an Immigration Officer with United States Citizenship and Immigration Services ("USCIS") for over twelve years.  I am currently assigned to HSI's Document and Benefit Fraud Task Force.  I have investigated multiple criminal violations, such as identity theft, financial fraud, and immigration fraud.  I completed the Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center.

2.      The statements in this affidavit are based on my investigation of this matter and on information provided by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that Meykel Alvarez a/k/a Maicol Alvarez a/k/a Maicol Alverez violated Title 18 U.S.C. § 1542, which criminalizes making false statement in application and use of a passport.

3.      Under Title 18 U.S.C. § 1542, it is illegal for anyone to willfully and knowingly make a "false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws."

4.      On or about November 2, 2023, Meykel Alvarez a/k/a Maicol Alvarez a/k/a Maicol Alverez, submitted an application for a United States passport in the name of Frank Rodriguez Rosario at the William Penn Retail Post Office located at 720 Arch Street in Philadelphia. The application included Rosario's name, social security number, date of birth, and indicated a place of birth of Arecibo, Puerto Rico. In support of the application, Alvarez submitted a Pennsylvania identification card bearing his (Alvarez's) picture and Rosario's name. The passport application also included a picture of Alvarez. At the bottom of the application, Alvarez signed the following certification:

> I declare under penalty of perjury all of the following:  1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on the reverse side of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page two of the instructions to the application form.

5.      On November 22, 2023, the application submitted by Alvarez was approved and U.S. Passport Number A33467722 was issued in Rosario's name but bearing the photo of Alvarez.

6.      In truth, Alvarez is a Panamanian national who was first encountered by officers of the former U.S. Immigration and Naturalization Service ("INS") on or about December 29, 1994.  Based on my training and experience, I know that the DHS maintains a file on all aliens, that is individuals who are not citizens or nationals of the United States,

encountered by U.S. immigration officials.  This file, known as the Alien File ("A File"), contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned an identification number, referred to as the Alien Number or A#.  A search of DHS databases revealed that Meykel Alvarez has been assigned A# 073-076-336, is a native and citizen of Panama, and is not a citizen of the United States.

7.      My review of Alvarez's Alien File indicates that in 1994, he was encountered by officers of the former INS as a stowaway on a vessel that docked at the Port of Wilmington, Delaware. Alvarez was found in possession of a Panamanian birth certificate in the name Meykel Alvarez.  At the time, Alvarez stated he was a citizen of Panama and that the birth certificate in his possession was his. On November 17, 1995, Alvarez was granted voluntary departure and ordered to leave the United States by May 17, 1996. There is no immigration record reflecting that Alvarez departed the United States before that time, and the order of voluntary departure converted into an order of deportation on May 18, 1996. As part of these immigration proceedings, Alvarez was fingerprinted and those records remained in his Alien File. I have found no evidence in his Alien File to indicate that Alvarez was born in Puerto Rico or is a citizen of the United States.

8.      On March 11, 2025, Alvarez was encountered by U.S. Immigration and Customs Enforcement ("ICE") officers on the 700 block of Market Street in Philadelphia. When asked his name, he stated his name was "Frank Rodriguez Rosario." Alvarez told

officers that people "used to" call him Meykel Alvarez, but that it was not his name.  He

also possessed multiple forms of identification in Rosario's name, including a

Pennsylvania identification card with Alvarez's picture on it, a social security card, two

bank cards, and a health insurance card. That day, Alvarez's fingerprints were processed

by ICE electronically and found to be a match to the fingerprints in Alvarez's alien file

from the 1994 encounter described above, confirming that he was not Frank Rodriguez

Rosario.

        9.     Based on this information, I believe that probable cause exists to charge

Alvarez with making false statement in application and use of a passport in violation of 18

U.S.C. § 1542.


                          /s/Christopher Anglestein
                         Christopher Anglestein
                         Special Agent
                         Homeland Security Investigations


SUBSCRIBED TO AND SWORN TO BEFORE ME BY TELEPHONE
THIS ____ DAY OF APRIL 2025.

Carol Sandra Moore Wells  Date: 2025.04.09 16:38:33 -04'00'

_____
Honorable Carol Sandra Moore Wells
United States Magistrate Judge
Eastern District of Pennsylvania